IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSÉ MARTINEZ,

    Plaintiff,

vs.                                  No. 1:12-cv-00811 (MCA/CG)

GREAT WEST CASUALTY CO., a Nebraska corporation,
M&M AND SONS, a Colorado corporation,
JAMES TYLER, a resident of Colorado,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion of the Plaintiff and Defendants to dismiss Plaintiff's Complaint with prejudice pursuant to Fed.R.Civ.P Rule 41, the Court having reviewed said Motion and being otherwise fully advised in the premises, FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and all claims and causes which could have been brought are hereby dismissed with prejudice. All parties shall bear their own costs.

                                                    _____
                                                    HONORABLE M. CHRISTINA ARMIJO
                                                    United Stated District Judge

APPROVED:


*/s/ Allegra C. Carpenter*
Allegra C. Carpenter
Attorney for Plaintiff


*/s/ Paul T. Yarbrough*
Paul T. Yarbrough
Attorney for Defendants